Jacksonville Loan and Improvement Company, a corporation, Plaintiff in Error, v. George A. Maxwell, Anne J. Maxwell, D. E. Maxwell and Benjamin R. Powell, Defendants in Error.

Division A.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

E. P. Axtell and C. D. Rinehart for plaintiff in error.

J. S. Maxwell and A. W. Cockrell & Son for defendants in error.

This action was brought by the plaintiff in error against the defendants in error. There was judgment for the defendants, and the plaintiff takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*